The application is  ✓ granted.
___ denied.

/s/

Edgardo Ramos, U.S.D.J.
Dated: 2/6/14
New York, New York 10007

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

RICHARD WEINGARTEN
*Assistant Corporation Counsel*
phone: (212) 356-2356
fax: (212) 788-9776
email: rweingar@law.nyc.gov

February 10, 2014

**BY FAX** – (212) 805-7943
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/11/14

Re: *Edwin Serrano v. New York City, et al.*, 13 Civ. 5433 (ER)(AJP)

Dear Judge Ramos:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the above-referenced matter. I write on behalf of defendants City of New York, Detective Wolvers, and Detective Moreno to inform the Court that the parties have reached a settlement agreement in this matter. The Stipulation and Order of Dismissal will be filed with the Court as soon as this office receives it fully executed from plaintiff's counsel.

In light of the above, defendants respectfully submit that the parties' initial conference, which is currently scheduled for February 14, 2014 at 9:30 a.m., is no longer necessary.

I thank the Court for its time and consideration of the within matters.

Respectfully submitted,

/s/

Richard Weingarten
Assistant Corporation Counsel