*Ramos, E.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __2/19/14__

EDWIN SERRANO,

                                        Plaintiff,

                    -against-

NEW YORK CITY, POLICE OFFICER JERRY WOLVERS,
and POLICE OFFICER JUDITH MORENO, individually, and
in their capacity as members of the New York City Police
Department,

                                        Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

13 Civ. 5433 (ER)

**WHEREAS,** the parties have reached a settlement agreement and now desire to
resolve the remaining issues raised in this litigation, without further proceedings and without
admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by
and between the undersigned, that

1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Peterson DelleCave LLP
*Attorneys for Plaintiff*
233 Broadway, Suite 1800
New York, New York 10279

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
Detective Wolvers, and Detective Moreno*
100 Church Street, Rm. 3-188
New York, New York 10007

By:  _____
      Justin DelleCave, Esq.
      *Attorney for Plaintiff*

By:  _____
      Richard Weingarten
      *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       Feb. 19     , 2014

2